FILED ___ LOGGED ___ RECEIVED
AO 91 (Rev. 11/11) Criminal Complaint

OCT 29 2014
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Boris Rubizhevsky | ) | Case No. 14-2426 CBD |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1996 through the present__ in the county of __Montgomery__ in the
_____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1349 | Conspiracy to commit wire fraud. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

David Gadren, Special Agent, DOE-OIG
Printed name and title

Sworn to before me and signed in my presence.

Date: Oct 29, 2014

_____
Judge's signature

City and state: Greenbelt, MD

Charles B. Day, U.S. Magistrate Judge
Printed name and title